**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CLAYTON BANK & TRUST**                                   **APPELLANT**

**VS.**                                   **CIVIL ACTION NO. 2:17-CV-158-KS-MTP**

**CANDACE CHAPPELLE PAGE**                                   **APPELLEE**

<u>**MOTION FOR EXTENSION OF TIME**</u>

  COMES NOW Appellant Clayton Bank & Trust ("Appellant") and moves this Court, pursuant to Fed. R. App. P. 26(b), and any other applicable rules, for an extension of time until March 23, 2018 to file its Reply Brief.

  1. This Court entered an Order on March 1, 2018 providing Appellant until March 15, 2018 to file its Reply Brief and providing that Appellant, if it requires an extension, to file a motion for such prior to the deadline's expiration.

  2. Undersigned Counsel for Appellant has had several hearings and deadlines in the last two weeks and has not had adequate time to prepare a reply brief.  Also, lead counsel for Appellant, Jeff Rawlings, will be out all week for a much needed family vacation during spring break.

  3. This motion is not being made for the purpose of harassment or delay, but only to allow Appellant and this Court the benefit of a fully prepared reply brief.

  FOR ALL THESE REASONS, Clayton Bank & Trust respectfully requests an extension until March 23, 2018 to file its reply brief.

  DATED:  March 14, 2018.

**CLAYTON BANK & TRUST**

By:___/s/ Jeff Rawlings_____
            Its Attorney

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on March 14, 2018 via

the electronic notification service to Bryce C. Kunz, on behalf of *amicus curiae*

and John H. Anderson, Esq, attorney for the Appellee.

/s/ Jeff Rawlings_____
Jeff D. Rawlings

Jeff D. Rawlings MSB # 4642
Jon J. Mims MSB # 100341
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net